IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) JOEL RIVERA-ALEJANDRO<br>2) CARLOS RIVERA-ALEJANDRO<br>3) ALEXIS RIVERA-ALEJANDRO<br>4) ANGEL BETANCOURT-RIVERA<br>**5) ROBERTO C. FONTANEZ-VEGA**,<br>a/k/a Robert Amistad, a/k/a Robert Lancer,<br>a/k/a Robert Oreja, a/k/a Gordo<br>6) ABIMAEL SERRANO-FIGUEROA<br>7) CARLOS E. RIVERA-RIVERA<br>8) ISMAEL RIVERA-SANTOS<br>9) JOSE GARCIA-RODRIGUEZ<br>10) CARLOS GONZALEZ-FRANCO<br>11) NATHANAEL RUIZ-ORTEGA<br>12) ANGEL LOPEZ-MALDONADO<br>13) JOSE RIVERA-SIERRA<br>14) JUAN RIVERA-GEORGE<br>15) JULIO ALEXIS ORTIZ-BERRIOS<br>16) CARLOS A. RIVERA-RIVERA<br>17) MIGUEL ANGEL VEGA-DELGADO<br>18) VALERIE RIVERA-DEYA<br>19) SUANETTE RAMOS-GONZALEZ<br>20) JOSE L. FIGUEROA-CAMILO<br>21) ROSARIO RIVERA-GUZMAN<br>22) JAIME LOPEZ-CANALES<br>23) JUAN GONZALEZ-RAMOS<br>24) HECTOR RIVERA-BETANCOURT<br>25) ANGEL LUIS BETANCOURT-ORTIZ<br>26) RICARDO BETANCOURT-ORTIZ<br>27) JOSE LUIS DIAZ-FIGUEROA<br>28) JUAN GARCIA-RODRIGUEZ<br>29) LUIS X. RIVERA-RIVERA<br>30) JOSE TRINIDAD-PAGAN<br>31) EDGARDO RUIZ-TORRES<br>32) BIENVENIDO LOPEZ-CRUZ<br>33) JOSE E. PENA-MARTINEZ<br>34) RAUL TORRES-SANTANA<br>35) DAVID A. BULTRON-FLORES<br>36) KAREN LISBETH FIGUEROA-GALLARTUA<br>37) JORGE L. CRUZ-MALDONADO<br>38) JOSE L. TORRES-AGOSTO<br>39) VICTOR CASTRO-RODRIGUEZ<br>40) OSVALDO PEREZ<br>41) JUAN GABRIEL DE LA CRUZ-GUZMAN<br>42) ROBERTO BRUNO-DIAZ<br>43) LUIS E. SANCHEZ-ENCARNACION | CRIMINAL 09-0165CCC |

CRIMINAL 09-0165CCC                        2

| |
|---|
| 44) JONATHAN CARRASQUILLO-COLON<br>45) NOEL RODRIGUEZ-ADORNO<br>46) ADDIER ENCARNACION-CRUZ<br>47) IDALIA MALDONADO-PENA<br>48) JAIME RIVERA-NIEVES<br>49) DOLORES ALEJANDRO<br>50) MANUEL ANTONIO FERRER-HADDOCK<br>51) RUBEN DELGADO-MALDONADO<br>52) MARLENIS CARRASQUILLO-QUIÑONES<br>53) ANGEL LUIS RIVERA-RIVERA<br>54) HECTOR ORTIZ-MARQUEZ<br>55) RAMON RODRIGUEZ-IDELFONSO<br>Defendants |

**ORDER**

Having considered the Report and Recommendation filed on February 24, 2012 (**docket entry 1859**) on a Rule 11 proceeding of codefendant Roberto C. Fontánez-Vega (5) held before U.S. Magistrate Judge Bruce J. McGiverin on February 22, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of codefendant Fontánez-Vega is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 22, 2012. The **sentencing hearing is set for May 22, 2012 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on March 21, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge